UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  2:23-cv-09317-SVW-E | Date: January 30, 2024 |
| Title:   *Iain Onome Agindotan v. Santa Monica Police Department, et al.* | |

Present: The Honorable STEPHEN V. WILSON, U.S. District Judge

| Paul Cruz | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE OR FILE A COMPLETE REQUEST FOR *IN FORMA PAUPERIS* STATUS

All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1).

On December 15, 2023, the Court postponed ruling on Plaintiff's request to proceed *in forma pauperis* ("Request") because it was incomplete and contained inconsistencies. Dkt 10. The Court directed Plaintiff to either:  (1) refile a fully completed Request and a one-page statement explaining the deficiency; or (2) pay the full filing fee. *Id*. The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice. *Id*.

To date, Plaintiff has not responded to the Court's Order. Accordingly, this action is **DISMISSED** without prejudice. *See, e.g., Roberts v. Soc. Sec. Dep't*, 2022 WL 4088755, at *2 (S.D. Cal. Sept. 6, 2022) (action may be dismissed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:23-cv-09317-SVW-E                                                    Date: January 30, 2024

Title:         *Iain Onome Agindotan v. Santa Monica Police Department, et al.*

without prejudice where plaintiff fails to establish *in forma pauperis* status and does not pay the required filing fee).

    **IT IS SO ORDERED**.